**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| JOHN F. CHASE, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:18-CV-165-DBH |
| | ) | |
| ENDEAVOR PROJECT | ) | |
| CONSULTANTS, LLC, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER ON APPLICATION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS ARTHUR MERSON AND ENDEAVOR PROJECT CONSULTANTS, LLC

The motion and renewed motion for entry of default and default judgment against the defendant Arthur Merson are both **DENIED**. The defendant has now obtained a lawyer and filed an Answer, and on today I granted his motion for extension of time to do so.

The application for default judgment against the defendant Endeavor Project Consultants LLC, allegedly owned by the defendant Merson, Complaint ¶ 25, and the renewed motion for default and default judgment against it are **DENIED**. Today it filed an Answer through the same lawyer, and I **DIRECT** the Clerk's Office to set aside, for good cause, the default previously entered against that defendant, now that it and its alleged owner have found a lawyer. The matter has not advanced to a degree that vacating the default unduly prejudices the plaintiff, and it is preferable for the case to be resolved on the merits.

SO ORDERED.

DATED THIS 22ND DAY OF JANUARY, 2019

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**