# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN F. CHASE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 2:18-cv-165-DBH |
| | ) | |
| ARTHUR MERSON, et al., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER ON CLOUTIER DEFENDANTS' MOTION FOR ATTORNEY FEES

The motion for attorney fees (ECF No. 87) is **Denied without prejudice** as premature. Local Rule 54.2 is designed to avoid attention to the attorney fees issue until it is clear that the ruling justifying the fees is not subject to alteration in the court of appeals. Here, the Cloutier defendants say that "plaintiff does not suggest that he intends to appeal the Court's Decision and Order on Cloutier Defendants' Motion to dismiss," but the time for such an appeal, if any, has not run because there is not yet a final judgment in the case.

**So Ordered.**

**Dated this 1st day of April, 2019**

/s/ D. Brock Hornby  
**D. Brock Hornby**  
**United States District Judge**