# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN F. CHASE, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:18-CV-165-DBH |
| | ) | |
| ARTHUR MERSON, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER ON MOTIONS FOR DEFAULT JUDGMENT

The plaintiff's motions for default judgment are **DENIED** for the reasons stated in the Order to Show Cause of October 25, 2019.

SO ORDERED.

DATED THIS 12TH DAY OF NOVEMBER, 2019

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**