UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN F CHASE<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 2:18-cv-00165-DBH<br>) |
| ARTHUR MERSON, et al.<br>Defendants, | )<br>)<br>) |

## JUDGMENT OF DISMISSAL

In accordance with the Decision and Order on Cloutier Defendants' Motion to Dismiss issued on February 6, 2019, the Decision and Order on Pending Motions issued on October 22, 2019, the Order to Show Cause issued on October 25, 2019 and the Order on Motions for Default Judgment issued on November 12, 2019, all entered by U.S. District Judge D. Brock Hornby;

JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/Charity Pelletier
Deputy Clerk

Dated: November 12, 2019